The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; AETNA CASUALTY AND SURETY COMPANY, a Connecticut corporation; HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation; PROVIDENCE WASHINGTON INSURANCE COMPANY, a Rhode Island corporation; AMERICAN HOME ASSURANCE COMPANY, a New York corporation,<br><br>        Defendants. | No. 14-cv-1957-MJP<br><br>DECLARATION OF MARTHA RODRIGUEZ-LOPEZ IN OPPOSITION TO TRAVELERS MOTION TO DISMISS KING COUNTY'S IFCA CLAIM |

I, Martha Rodriguez-Lopez, hereby state that:

1. I am counsel for Plaintiff King County. I make this declaration in opposition to Travelers Motion to Dismiss King County's IFCA Claim in the above captioned case by King County.

2. I certify that I have personal knowledge of the matters stated in this Declaration based upon my personal involvement in them.

DECLARATION OF MARTHA RODRIGUEZ-LOPEZ - 1

K:\2069882\00001\20950_MRL\20950P21SR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3.  Attached hereto as Exhibit A is a correct copy of Senate Bill 5726, available at http://lawfilesext.leg.wa.gov/biennium/2007-08/Pdf/Bills/Senate%20Bills/5726.pdf.

4.  Attached hereto as Exhibit B is a correct copy of House Bill 1491, available at http://lawfilesext.leg.wa.gov/biennium/2007-08/Pdf/Bills/House%20Bills/1491.pdf.

5.  Attached hereto as Exhibit C is an unofficial transcript of excerpts from the public hearing on House Bill 1491 held on February 1, 2007.  Video of the hearing is available at http://www.tvw.org/index.php?option=com_tvwliveplayer&eventID=2007020059.

6.  Attached hereto as Exhibit D is an unofficial transcript of excerpts from the public hearing regarding Senate Bill 5726 held on February 8, 2007.  Video of the hearing is available for viewing at http://www.tvw.org/index.php?option=com_tvwliveplayer&eventID=2007021093.

7.  Attached hereto as Exhibit E is an unofficial transcript of excerpts from the public hearing regarding Senate Bill 5726 held on February 15, 2007.  Audio of the hearing is available for download at http://www.tvw.org/index.php?option=com_tvwliveplayer&eventID=2007021181.

8.  Attached hereto as Exhibit F is an unofficial transcript of excerpts from the public hearing regarding House Bill 1491 held on February 27, 2007.  Audio of the hearing is available for download at http://www.tvw.org/index.php?option=com_tvwliveplayer&eventID=2007021349.

9.  Attached hereto as Exhibit G is an unofficial transcript of excerpts from the public hearing regarding Senate Bill 5726 held on March 22, 2007.  Video of the hearing is available for viewing at http://www.tvw.org/index.php?option=com_tvwliveplayer&eventID=2007030191.

DECLARATION OF MARTHA RODRIGUEZ-LOPEZ - 2

K:\2069882\00001\20950_MRL\20950P21SR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

10. Attached hereto as Exhibit H is a copy of Enhanced Substitute Senate Bill 5726, available at http://lawfilesext.leg.wa.gov/biennium/2007-08/Pdf/Bills/Senate%20Bills/5726-S.E.pdf.

11. Attached hereto as Exhibit I is a copy of Substitute House Bill 1491, available at http://lawfilesext.leg.wa.gov/biennium/2007-08/Pdf/Bills/House%20Bills/1491-S.pdf.

12. Attached hereto as Exhibit J is a screenshot of the Office of the Insurance Commissioner's website on the Insurance Fair Conduct Act, available at http://www.insurance.wa.gov/laws-rules/insurance-fair-conduct-act/about-ifca/.

13. Attached hereto as Exhibit K is a copy of Appendix A to the 2013 Insurance Commissioner Annual Report.

EXECUTED this 23rd day of March, 2015 at Seattle, Washington.

/s/ *Martha Rodriguez-Lopez*
Martha Rodriguez-Lopez

DECLARATION OF MARTHA RODRIGUEZ-LOPEZ - 3

K:\2069882\00001\20950_MRL\20950P21SR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| Attorney for American Home Assurance Company:<br><br>Jeffrey D. Laveson<br>Linda B. Clapham<br>Carney Badley Spellman, PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA  98104-7010<br>Laveson@carneylaw.com<br>Clapham@carneylaw.com | Attorney for Providence Washington Insurance Company:<br><br>David M. Schoeggl<br>Stephania Denton<br>David W. Howenstine<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA  98111-9402<br>schoeggld@lanepowell.com<br>dentons@lanepowell.com<br>howenstined@lanepowell.com |
|---|---|
| Attorney for Hartford Accident and Indemnity Company:<br><br>Carl E. Forsberg<br>Kenneth J. Cusack<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA  98164<br>cforsberg@forsberg-umlauf.com<br>kcusack@forsberg-umlauf.com | Attorney for Travelers Indemnity Company and Aetna Casualty and Surety Company:<br><br>Everett W. Jack, Jr.<br>Mr. Steven P. Caplow<br>Davis Wright Tremaine LLP<br>1300 SW 5th Ave., Ste 2400<br>Portland, OR  97201-5682<br>everettjack@dwt.com<br>stevecaplow@dwt.com |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of March, 2015

By *s/JeannieBeth O. Asuncion*
JeannieBeth O. Asuncion

DECLARATION OF MARTHA RODRIGUEZ-LOPEZ - 4

K:\2069882\00001\20950_MRL\20950P21SR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022