UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

        Plaintiff,

v.

TRAVELERS INDEMNITY CO.,
PROVIDENCE WASHINGTON
INSURANCE CO., *et al.*,

        Defendants.

Civil Action No. 2:14-cv-01957-BJR

ORDER DISMISSING COUNTERCLAIMS PURSUANT TO STIPULATION

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Court's Order Granting Third Party Defendants Continental Casualty Company, et al.'s Motion to Approve Settlement and Bar Contribution and to Dismiss Claims, Dkt. 446 at 6, the parties stipulate that the counterclaims asserted by The Continental Insurance Company, Continental Casualty Company, Phoenix Assurance Company of New York, Pacific Insurance Company, and Commercial Insurance Company of Newark, New Jersey (collectively, "CNA") in the above-captioned matter are dismissed with prejudice.

Pursuant to the parties' stipulation, the claims are HEREBY DISMISSED.

Dated this 2nd day of May, 2017.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge