# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>Defendants. | CASE NO. 14-cv-01957-BJR<br><br>MINUTE ORDER RE: MOTIONS FOR THE WITHDRAWAL OF COUNSEL |

The following Minute Order is made by direction of the Court, the Honorable Barbara J. Rothstein, United States District Judge:

The Court has reviewed the motions filed at Dkts. 457 & 458 by Defendant Affiliated FM Insurance Company seeking an order permitting counsel Michael P. Hooks and Jillian M. Hinman of the firm Forsberg & Umlauf, P.S. to withdraw as counsel of record. Defendants' Motion is GRANTED.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this 29th day of June, 2017.

William M. McCool  
Clerk of Court

Paula McNabb  
Deputy Clerk

MINUTE ORDER RE: MOTIONS FOR THE
WITHDRAWAL OF COUNSEL- 2