UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, | |
|     *Plaintiff*, | Civil Action No. 2:14-cv-01957-BJR |
| v. | ORDER |
| TRAVELERS INDEMNITY CO., PROVIDENCE WASHINGTON INSURANCE CO., *et al.*, | |
|     *Defendants*. | |

Having conducted a telephonic discovery conference on January 2, 2018, at which Plaintiff was represented by Paul Del Vechhio and Defendant Chubb Companies was represented by Steven Soha, and having reviewed the parties' briefing (Dkt. 625) and the relevant legal authority submitted thereafter, the Court finds that Defendant's requested motion for a protective order would be futile. Specifically, the Court is persuaded that good cause does not exist to protect Defendant from questioning regarding Chubb Companies' subjective understanding of the insurance policies' meaning, or Chubb Companies' knowledge of and inquiry into Plaintiff's operations of the sewer system. *See* Fed. R. Civ. P. 26(c)(1).

1

Accordingly, the Court finds that Plaintiff may proceed with its questions on these subjects.

Dated this 3rd day of January, 2018.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE