UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, <br><br> *Plaintiff*, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., PROVIDENCE WASHINGTON INSURANCE CO., *et al.*, <br><br> *Defendants*. | Civil Action No. 2:14-cv-01957-BJR <br><br> ORDER DENYING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND GRANTING PLAINTIFF'S CROSS-MOTION TO COMPEL |

Having conducted a telephonic discovery conference on February 13, 2018, at which Plaintiff was represented by Paul Del Vechhio and Defendants Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh (collectively "AIG") were represented by Linda Clapham, and having reviewed the parties' briefing, the Court DENIES AIG's motion for protective order (Dkt. 640) and GRANTS Plaintiff's cross-motion to compel (Dkt. 648), with the following clarifications. First, AIG shall produce any non-privileged claim files for the period of 2013 through 2016. Plaintiff may inquire, to the extent possible, as to AIG's subjective understanding of this 1997 Agreement. However, any exploration of AIG's subjective

1

interpretation of the original policy is excluded.  Interpretation of the current policy at issue is a matter for the Court, and, therefore, not an appropriate subject of discovery.  The Court also excludes from discovery the questions of AIG's re-insurance and reserves.

Plaintiff is entitled to pursue discovery surrounding AIG's affirmative defenses, including those involving notice and statute of limitations.  The Court anticipates that with the parameters set forth above, the discovery Plaintiff seeks will be neither extensive nor costly.

Dated this 13th day of February, 2018.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE