# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KING COUNTY, a Washington municipal corporation,

    Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY, et al.,

    Defendants.

No. 2:14-CV-01957-BJR

**ORDER GRANTING STIPULATED MOTION REGARDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT**

The Court hereby grants the parties' stipulated motion regarding deadlines to answer Plaintiff's Fourth Amended Complaint, and orders the following:

1. Each insurer defendant shall have 30 days from the filing of the Fourth Amended Complaint to file its answer, affirmative defenses, cross-claims and/or counterclaims to the Fourth Amended Complaint; or

2. Without taking any further action within 35 days from the filing of the Fourth Amended Complaint, an insurer defendant shall be deemed to have elected to rely on its answer, affirmative defenses, cross-claims and/or counterclaims to the Third Amended Complaint ("Third Amended Complaint Answer") in which case the Third Amended Complaint Answer will be deemed an answer, affirmative defenses, crossclaims and/or counterclaim to the Fourth Amended Complaint.

3. In the event that an insurer defendant elects to rely on its Third Amended Complaint Answer, without taking any further action, King County shall be deemed to have elected to rely on its answer and affirmative defenses filed in response to any counterclaims filed by that insurer in response to the Third Amended Complaint, as if fully stated, which shall be deemed to be King County's answer and affirmative defenses to that insurer defendant's counterclaim.

4. In an effort to simplify this matter and avoid burdening the Court's file with multiple additional pleadings, each Defendant that has filed or later files an answer to the First, Second, Third, Fourth or further Amended Complaint shall be deemed to have filed a Cross-Claim for declaratory relief, equitable contribution and/or indemnity against each and every Defendant, unless otherwise specifically indicated by a Defendant in its Answer. In response to any actual or deemed Cross-Claim, each Defendant is further deemed to have filed an Answer denying the allegations and also asserting applicable affirmative defenses, including, but not limited to, those that are set forth in its Answer to the First Amended Complaint filed by Plaintiffs. No further pleadings are necessary to assert an Answer and all applicable affirmative defenses to the actual or deemed Cross-Claim.

DATED: August 28, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge