The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | No. 2:14-cv-01957 BJR<br><br>STIPULATION AND ORDER FURTHER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>September 21, 2018 |

## **STIPULATION**

On August 9, 2018, the Court issued an Order granting King County's motion to amend and file its Fourth Amended Complaint.

On August 22, 2018, Plaintiff King County filed its Fourth Amended Complaint (Dkt. 699).

On August 28, 2018, the parties filed a Stipulation Regarding Deadline to Answer Fourth Amended Complaint (Dkt. 700).

On August 9, 2018, the Court entered an Order Granting Stipulated Motion Regarding Deadline to Answer Fourth Amended Complaint (Dkt. 701).

STIPULATION AND ORDER FURTHER
EXTENDING DEADLINE TO ANSWER
FOURTH AMENDED COMPLAINT (Cause No.
2:14-cv-01957 BJR) – 1



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Plaintiff King County and Defendants United States Aircraft Insurance Group ("USAIG") and its member companies, in their capacity as such, have agreed to allow USAIG and its member companies, in their capacity as such, one additional week to answer the Fourth Amended Complaint.

Thus, Plaintiff King County and Defendants United States Aircraft Insurance Group and its member companies, in their capacities as such, hereby stipulate and agree as follows:

1. Each stipulation in the Stipulation Regarding Deadline to Answer Fourth Amended Complaint (Dkt. 700), which was granted by the Court's Order Granting Stipulated Motion Regarding Deadline to Answer Fourth Amended Complaint (Dkt. 701) shall remain unaffected *except* that USAIG and its member companies, in their capacity as such, shall have until September 28, 2018, to answer the Fourth Amended Complaint.

2. Unless otherwise agreed by Stipulated Order, all other stipulations in the Stipulation Regarding Deadline to Answer Fourth Amended Complaint (Dkt. 700) remain unchanged and in full force and effect.

DATED: September 21, 2018.

**K&L GATES LLP**

By: *s/ John Bjorkman*
John Bjorkman, WSBA No. 13426

925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
John.Bjorkman@klgates.com

Counsel for Plaintiff King County

STIPULATION AND ORDER FURTHER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT (Cause No. 2:14-cv-01957 BJR) – 2

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| | |
|---|---|
| 1 | **SANDERS & PARKS, P.C.** |
| 2 | |
| 3 | By: *s/ Edward R. Glady, Jr.* |
| | Edward R. Glady, Jr., Admitted *Pro Hac Vice* |
| 4 | 3030 North Third Street, Suite 1300 |
| | Phoenix, AZ 85012-3099 |
| 5 | Tel.: 602-532-5646 |
| | Edward.Glady@SandersParks.com |
| 6 | |
| | Counsel for USAIG and its member companies in |
| 7 | their capacity as such |

## ORDER

IT IS SO ORDERED.

Dated this 26th day of September, 2018.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER FURTHER
EXTENDING DEADLINE TO ANSWER
FOURTH AMENDED COMPLAINT (Cause No.
2:14-cv-01957 BJR) – 3

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273