THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>        Plaintiff,<br><br> v.<br><br>THE TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-1957-BJR<br><br>**ORDER GRANTING PROVIDENCE WASHINGTON INSURANCE COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS BY NON-SETTLING INSURERS** |

This matter comes before the Court on Defendant Providence Washington Insurance Company's ("Providence") motion for order approving settlement and barring contribution claims by non-settling insurers. The Court has considered the motion and all pleadings and filings on record.

Therefore, being fully advised and consistent with the public policy in favor of settlements, the Court GRANTS the motion for order approving settlement and barring contribution claims by non-settling insurers and APPROVES the Confidential Settlement and Policy Exhaustion Agreement ("Settlement") between Plaintiff King County and Providence. The Court further FINDS and ORDERS as follows:

1. The Court has reviewed the Settlement and finds that the terms of the Settlement are reasonable. The Court further finds that the Settlement was the result of arm's length

negotiations between parties represented by counsel and that the Settlement is not collusive or inadequate or entered into for any other improper purpose.

2. The Court has also considered the interests of the non-settling defendant insurers. The Court finds that the non-settling insurers are adequately protected based on the terms of the Settlement, the circumstances of this case, and King County's representations related to potential setoff for settlements in this case. *See King County v. Travelers Indemn. Co.*, 2018 WL 1792189, at *3 (W.D. Wash. Apr. 16, 2018).

3. Based on these findings, the Court ORDERS that the claims, including cross-claims and counterclaims, by and against Providence in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against Providence by any other insurers of King County are hereby BARRED.

4. In addition, the Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b) because it is an ultimate disposition of all claims by and against Providence, there is no just reason to delay, and entry of final judgment under Rule 54(b) will serve the equities and the interests of efficient judicial administration.

IT IS SO ORDERED.

DATED this 9th day of October, 2018.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge