Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**ORDER GRANTING GENERAL INSURANCE COMPANY OF AMERICA'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS**<br><br>NOTE ON MOTION CALENDAR: November 2, 2018 |

This matter comes before the Court on General Insurance Company of America's ("General") Motion for Order Approving Settlement and Barring Claims. The Court has considered the motion and all pleadings and filings on record.

The Court GRANTS General's unopposed Motion for Order Approving Settlement and Barring Claims and APPROVES the Settlement Agreement and Release ("Settlement Agreement") between Plaintiff King County and General. The Court further FINDS and ORDERS:

1. The Settlement Agreement is reasonable, and was the result of arm's-length negotiations between parties represented by counsel. The Settlement

ORDER GRANTING
GENERAL'S MOTION FOR ORDER
APPROVING SETTLEMENT AND
BARRING CLAIMS – Page 1
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. The non-settling insurers are adequately protected based on the terms of the Settlement Agreement, and King County's representations related to potential setoff for settlements in this case. *See King County v. Travelers Indemn. Co.*, 2018 WL 1792189, at *3 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that the cross-claims and counterclaims, by and against General in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against General by any other insurers of King County are hereby BARRED.

4. The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 5th day of November, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING
GENERAL'S MOTION FOR ORDER
APPROVING SETTLEMENT AND
BARRING CLAIMS – Page 2
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001