The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KING COUNTY, a Washington municipal corporation, | No. 2:14-CV-01957-BJR |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT [DKT 724 AND 728]** |
| v. | |
| TRAVELERS INDEMNITY COMPANY, et al., | |
| Defendants. | **NOTE ON MOTION CALENDAR: JANUARY 3, 2019** |

## I.  STIPULATION

The parties to this action, including plaintiff King County and all the defendant insurers ("Insurers") (King County and the Insurers are collectively referred to herein as the "Parties"), hereby request that the Court modify the briefing schedule on plaintiff King County's motions for partial summary judgment [Dkt. 724 and Dkt. 728], to allow a two week extension on the deadline for responses and replies as follows:

|  | **Current Schedule** | **Revised Schedule** |
|---|---|---|
| Insurers' Responses | January 22, 2019 | February 4, 2019 |
| King County's Replies | February 11, 2019 | February 25, 2019 |

STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
ON PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT - 1
(NO. 2:14-CV-01957-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## II. CONCLUSION

For the reasons stated above, the Parties jointly request that the Court adopt the new proposed briefing schedule on Plaintiff's motions for partial summary judgment, as set forth in the attached proposed Order.

DATED: January 3, 2019.

By: *s/ Steven P. Caplow*
Steven P. Caplow, WSBA #19843
Davis Wright Tremaine LLP
1201 3rd Ave., Ste. 2200
Seattle, WA 98101
Tel: (206) 757-8018
stevencaplow@dwt.com

Defendants' Liaison Counsel

By: *s/ John Bjorkman*
John Bjorkman, WSBA #13426
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
John.Bjorkman@klgates.com

Counsel for Plaintiff King County

## **ORDER**

IT IS SO ORDERED.

Dated this 4th day of January, 2019.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
ON PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT - 2
(NO. 2:14-CV-01957-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax