| | |
|---|---|
| | **Honorable Barbara J. Rothstein** |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>[CLERK'S ACTION REQUIRED] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and following the Court's Order Granting General Insurance Company of America's Motion for Order Approving Settlement and Barring Claims (Dkt. 722), plaintiff, King County, and defendant, General Insurance Company of America ("General"), hereby stipulate that King County's claims against General in the above-captioned matter are dismissed with prejudice, and without an award of fees or costs to either party, such that General is no longer a party to the case. This stipulation does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

**AGREED AND STIPULATED.**

STIPULATION AND
ORDER OF DISMISSAL – Page 1
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED THIS 11th day of January, 2019. |
| 2 | |
| 3 | By: *s/ Lauren M. Case* |
| | Brian A. Kelly, Admitted *Pro Hac Vice* |
| | Lauren M. Case, WSBA No. 49558 |
| 4 | **Duane Morris LLP** |
| | Spear Tower |
| 5 | One Market Plaza, Suite 2200 |
| | San Francisco, CA 94105-1127 |
| 6 | Telephone: 415.957.3000 |
| | Facsimile: 415.957.3001 |
| 7 | Email: bakelly@duanemorris.com |
| | Email: lmcase@duanemorris.com |
| 8 | |
| | Jessica A. Bohl, WSBA No. 47729 |
| 9 | Duane Morris LLP |
| | 801 Second Avenue, Suite 800 |
| 10 | Seattle, WA 98104 |
| | Telephone: 206.467.1065 |
| 11 | Facsimile: 415.957.3001 |
| | Email: jabohl@duanemorris.com |
| 12 | |
| | *Attorneys for Defendant* |
| 13 | *General Insurance Company of America* |

STIPULATION AND
ORDER OF DISMISSAL – Page 2
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

| | |
|---|---|
| 1 | By: *s/ John Bjorkman* |
| 2 | John Bjorkman, WSBA #13426 |
|   | K&L Gates LLP |
| 3 | 925 Fourth Avenue, Suite 2900 |
|   | Seattle, Washington 98104 |
| 4 | Phone: (206) 623-7580 |
|   | Fax: (206) 623-7022 |
| 5 | Email: john.bjorkman@klgates.com |
| 6 | |
|   | Michael J. Lynch (admitted *pro hac vice*) |
| 7 | Paul E. Del Vecchio (admitted *pro hac vice*) |
|   | Douglas J. Simmons (admitted *pro hac vic*e) |
| 8 | K&L Gates LLP |
|   | 210 Sixth Avenue |
| 9 | Pittsburgh, PA 15222 |
|   | Phone: (412) 355-6500 |
| 10 | Fax: (412) 355-6501 |
|   | Email: michael.lynch@klgates.com |
| 11 | paul.delvecchio@klgates.com |
| 12 | doug.simmons@klgates.com |
|   | *Attorneys for King County* |

STIPULATION AND
ORDER OF DISMISSAL – Page 3
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and following the Court's Order Granting General Insurance Company of America's Motion for Order Approving Settlement and Barring Claims (Dkt. 722), King County's claims against General Insurance Company of America in the above-captioned matter are dismissed with prejudice and without an award of fees or costs to either party.

This Order does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

Dated this 14th day of January, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND
ORDER OF DISMISSAL – Page 4
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001