Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**ORDER GRANTING CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN LONDON MARKET COMPANIES' MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS RE MANSON POLICIES**<br><br>NOTE ON MOTION CALENDAR:<br>January 18, 2018 |

This matter comes before the Court on Certain Underwriters at Lloyd's London and Certain London Market Companies' (collectively "London Market Insurers") Motion for Order Approving Settlement and Barring Claims re Manson Policies. The Court has considered the motion and all pleadings and filings on record.

The Court GRANTS London Market Insurers' Motion for Order Approving Settlement and Barring Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between Plaintiff King County and London Market Insurers with regard to King County's claims for coverage as an

ORDER GRANTING LONDON
MARKET INSURERS' MOTION FOR ORDER
APPROVING SETTLEMENT AND
BARRING CLAIMS RE MANSON POLICIES– Page 1
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

additional insured under the alleged Manson Policies.  The Court further FINDS and ORDERS:

1. The Settlement Agreement is reasonable, and was the result of arm's-length negotiations between parties represented by counsel.  The Settlement Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. The non-settling insurers are adequately protected based on the terms of the Settlement Agreement, and King County's representations related to potential setoff for settlements in this case.  *See King County v. Travelers Indemn. Co.*, 2018 WL 1792189, at *3 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that the cross-claims and counterclaims, by and against London Market Insurers as to alleged additional insured coverage under the Manson Policies in this action are DISMISSED with prejudice.  The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against London Market Insurers as to the alleged Manson Policies by any other insurer alleged to provide insurance coverage to King County are hereby BARRED.

4. The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 22nd day of January, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING LONDON
MARKET INSURERS' MOTION FOR ORDER
APPROVING SETTLEMENT AND
BARRING CLAIMS RE MANSON POLICIES– Page 2
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001