Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND SUBMIT AN UPDATED JOINT STATUS REPORT** |

On August 9, 2018, the Court entered the Order Granting … Joint Stipulated Motion to Modify Case Schedule (Dkt. No. 698). Among other things, that Order set deadlines for the three proposed "phases" for the filing of dispositive motions; directed the parties to schedule mediation within 60 days of the date of the Order; and modified and scheduled the remaining discovery, pretrial, and trial dates.

King County filed two motions for summary judgment by the deadline of the first phase for dispositive motions. However, no dispositive motions were filed before the second phase deadline, March 1, 2019. Furthermore, the Court has also entered several orders granting parties' motions to approve settlements, but the parties have not advised the Court of the status of the mediation that presumably took place last fall.

Therefore, the Court hereby directs the parties to meet and confer, and provide the Court with a Joint Status Report containing, at a minimum, the following information:

1. Whether any dispositive motions remain to be filed in this case; and if so, how many and by what party/parties;
2. Which parties remain in this matter;
3. What the status is of mediation, and whether and what involvement by the Court would be helpful in furthering the prospect of additional settlements;
4. A brief outline of the issues that the parties believe remain in this case;
5. Whether, given resolution of some of the claims since this case was first filed, the parties still believe that a jury trial, scheduled to begin November 25, 2019, will take 20 days.

The parties are free to include in the Joint Status Report any additional information or requests they believe would be useful for pretrial and trial purposes. This Joint Status Report shall be filed no later than May 10, 2019.

Dated this 2nd day of May, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER RE: UPDATED JOINT STATUS REPORT – Page 2
Case No. 2:14-cv-01957