The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>                           Plaintiff,<br><br>  v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>                           Defendants | Case No. 2:14-cv-01957-BJR<br><br>**ORDER GRANTING EMPLOYERS INSURANCE OF WAUSAU'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS** |

This matter comes before the Court on defendant Employers Insurance of Wausau's ("Wausau") Motion for Order Approving Settlement and Barring Contribution Claims. The Court has considered the motion and all pleadings and filings on record.

The Court GRANTS Wausau's Motion for Order Approving Settlement and Barring Contribution Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between plaintiff King County and Wausau with regard to King County's claims for coverage under the Wausau policies. The Court further FINDS and ORDERS:

1. The Settlement Agreement is reasonable and is the result of arm's-length negotiations between parties represented by counsel. The Settlement Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. The non-settling insurers are adequately protected based on the terms of the Settlement Agreement and King County's representations related to potential setoff for settlements in this case. *See King County v. Travelers Indemn. Co.*, 2018 U.S. Dist. LEXIS 64763 at *14 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that the cross-claims and counterclaims by and against Employers Insurance of Wausau in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against Employers Insurance of Wausau by any other insurers of King County are hereby BARRED.

4. The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

Dated this 7th of May, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

- 2 -

Order Granting Employers Insurance of
Wausau's Motion for Order Approving
Settlement and Barring Contribution Claims
Case No. 2:14-cv-01957-BJR