Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; *et al.*,<br><br>Defendants. | No.: 2:14-cv-01957 BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Note On Motion Calendar: May 24, 2019 |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting Employers Insurance of Wausau's Sealed Motion for Order Approving Settlement and Barring Contribution Claims (Dkt. 777), plaintiff, King County, and defendant, Employers Insurance of Wausau, formerly known as Employers Mutual Liability Insurance Company of Wisconsin ("Wausau"), acting by and through their respective undersigned counsel of record, hereby stipulate that King County's claims against Wausau, and Wausau's counterclaim against King County, in the above-captioned matter, under Wausau policy nos. 2325-00-034044 and 2335-00-034044, are dismissed with prejudice, and without an award of fees or costs to either party. This stipulation does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

AGREED AND STIPULATED.

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
NO.: 2:14-CV-01957
502249203 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

RESPECTFULLY SUBMITTED this 24th day of May, 2019.

By */s/ John C. Bjorkman*
John C. Bjorkman, WSBA #13426
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: john.bjorkman@klgates.com

Michael J. Lynch (admitted *pro hac vice*)
Paul E. Del Vecchio (admitted *pro hac vice*)
Douglas J. Simmons (admitted *pro hac vice*)
John M. Hagan (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: michael.lynch@klgates.com
Email: paul.delvecchio@klgates.com
Email: doug.simmons@klgates.com
Email: john.hagan@klgates.com

*Attorneys for King County*

By */s/ Bryan M. Barber*
Mark A. Horey, WSBA #33558
Law Office of Elizabeth G. Smith
1730 Minor Avenue, Suite 1130
Seattle, WA 98101
Phone: (206) 403-4803
Fax: (877) 338-4416
Email: horeym1@nationwide.com

Bryan M. Barber (admitted *pro hac vice*)
Laurie E. Barber
Barber Law Group
525 University Avenue, Suite 600
Palo Alto, CA 94301
Phone: (415) 273-2930
Fax: (415) 273-2940
Email: bbarber@barberlg.com
Email: lbarber@barberlg.com

*Attorneys for Defendant Employers Insurance of Wausau*

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
NO.: 2:14-CV-01957
502249203 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**ORDER**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting Employers Insurance of Wausau's Sealed Motion for Order Approving Settlement and Barring Contribution Claims (Dkt. 777), King County's claims against Wausau, and Wausau's counterclaim against King County, in the above-captioned matter, under Wausau policy nos. 2325-00-034044 and 2335-00-034044, are dismissed with prejudice, and without an award of fees or costs to either party.

This Order does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

DATED this 29th day of May, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
NO.: 2:14-CV-01957
502249203 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022