**Honorable Barbara J. Rothstein**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**ORDER GRANTING CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN LONDON MARKET COMPANIES, NORTH RIVER INSURANCE COMPANY, AND BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY'S (FKA STONEWALL INSURANCE COMPANY) MOTION APPROVING SETTLEMENT AND BARRING CLAIMS**<br><br>NOTE ON MOTION CALENDAR: June 7, 2019 |

This matter comes before the Court on Certain Underwriters at Lloyd's London and Certain London Market Companies, North River Insurance Company, and Berkshire Hathaway Specialty Insurance Company fka Stonewall Insurance Company's (collectively "Settling Insurers") Motion for Order Approving Settlement and Barring Claims re Settling Insurers' Policies. The Court has considered the motion and all pleadings and filings on record.

ORDER GRANTING SETTLING INSURERS' CLAIM MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS – Page 1
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

The Court GRANTS Settling Insurers' Motion for Order Approving Settlement and Barring Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between Plaintiff King County and Settling Insurers. The Court further FINDS and ORDERS:

1. The Settlement Agreement is reasonable, and was the result of arm's-length negotiations between parties represented by counsel. The Settlement Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. The non-settling insurers are adequately protected based on the terms of the Settlement Agreement, and King County's representations related to potential setoff for settlements in this case. *See King County v. Travelers Indemn. Co.*, 2018 WL 1792189, at *3 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that the claims, cross-claims and counterclaims, by and against Settling Insurers in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against Settling Insurers by any other insurers of King County are hereby BARRED.

///
///

ORDER GRANTING SETTLING
INSURERS' CLAIM MOTION FOR ORDER
APPROVING SETTLEMENT AND
BARRING CLAIMS – Page 2
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

4. The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 16th day of July, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

*/s/ Brian A. Kelly*_____
Brian A. Kelly, Admitted *Pro Hac Vice*
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: bakelly@duanemorris.com

Kyle Silk-Eglit, WSBA No. 43177
Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: 206.467.1065
Facsimile: 415.957.3001
Email: ksilkeglit@duanemorris.com

Attorneys for Defendants
Certain Underwriters at Lloyd's London
and Certain London Market Companies,
North River Insurance Company, and
Berkshire Hathaway Specialty Insurance
Company fka Stonewall Insurance Company

ORDER GRANTING SETTLING
INSURERS' CLAIM MOTION FOR ORDER
APPROVING SETTLEMENT AND
BARRING CLAIMS – Page 3
Case No. 2:14-cv-01957

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001