**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>[CLERK'S ACTION REQUIRED] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and following the Court's Order Granting Certain Underwriters at Lloyd's London and Certain London Market Companies, North River Insurance Company, and Berkshire Hathaway Specialty Insurance Company's (fka Stonewall Insurance Company) Motion Approving Settlement and Barring Claims (Dkt. 807), plaintiff, King County, and defendants, Certain Underwriters at Lloyd's London and Certain London Market Companies ("London Market Insurers"), hereby stipulate that King County's claims against London Market Insurers are dismissed with prejudice, and without an award of fees or costs to either party, such that London Market Insurers are no longer parties

STIPULATION AND
ORDER OF DISMISSAL – Page 1
Case No. 2:14-cv-01957
DM1\9833120.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

to the case. This stipulation does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

**AGREED AND STIPULATED.**

RESPECTFULLY SUBMITTED THIS 31st day of July, 2019.

By: */s/ Kyle Silk-Eglit*
Brian A. Kelly (admitted *pro hac vice*)
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3213
Facsimile: (415) 651-9601
Email: bakelly@duanemorris.com

Kyle Silk-Eglit, WSBA No. 43177
Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: (415) 957-3048
Facsimile: (206) 299-9593
Email: ksilkeglit@duanemorris.com

Attorneys for Defendants
Certain Underwriters at Lloyd's London and Certain London Market Companies, North River Insurance Company, and Berkshire Hathaway Specialty Insurance Company fka Stonewall Insurance Company

STIPULATION AND ORDER OF DISMISSAL – Page 2
Case No. 2:14-cv-01957
DM1\9833120.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

By: */s/John Bjorkman*
John Bjorkman, WSBA #13426
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: john.bjorkman@klgates.com

Michael J. Lynch (admitted *pro hac vice*)
Paul E. Del Vecchio (admitted *pro hac vice*)
Douglas J. Simmons (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: michael.lynch@klgates.com
　　　　paul.delvecchio@klgates.com
　　　　doug.simmons@klgates.com

Attorneys for Plaintiff King County

STIPULATION AND ORDER OF DISMISSAL – Page 3
Case No. 2:14-cv-01957
DM1\9833120.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and following the Court's Order Granting Certain Underwriters at Lloyd's London and Certain London Market Companies, North River Insurance Company, and Berkshire Hathaway Specialty Insurance Company's (fka Stonewall Insurance Company) Motion Approving Settlement and Barring Claims (Dkt. 807), King County's claims against London Market Insurers with respect to their alleged insurance policies listed in Attachments C and E of King County's Fourth Amended Complaint are dismissed with prejudice, and without an award of fees or costs to either party.

This Order does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

Dated this 6th day of August, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND
ORDER OF DISMISSAL – Page 4
Case No. 2:14-cv-01957
DM1\9833120.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001