**Honorable Barbara J. Rothstein**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | Case No. 2:14-cv-01957 BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>[CLERK'S ACTION REQUIRED] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and following the Court's Order Granting Certain Underwriters at Lloyd's London and Certain London Market Companies, North River Insurance Company, and Berkshire Hathaway Specialty Insurance Company's (fka Stonewall Insurance Company) Motion Approving Settlement and Barring Claims (Dkt. 807), plaintiff, King County, and defendant, North River Insurance Company ("North River"), hereby stipulate that King County's claims against North River with respect to North River's alleged insurance policies listed in Attachment C of King County's Fourth Amended Complaint in the above-captioned matter are dismissed with prejudice, and without an award of fees or costs to either party. This stipulation does not affect the

STIPULATION AND
ORDER OF DISMISSAL – Page 1
Case No. 2:14-cv-01957
DM1\9833175.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

remaining claims of King County in its Fourth Amended Complaint against any other defendant.

**AGREED AND STIPULATED.**

RESPECTFULLY SUBMITTED THIS 31st day of July, 2019.

By: */s/ Kyle Silk-Eglit*
Brian A. Kelly (admitted *pro hac vice*)
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3213
Facsimile: (415) 651-9601
Email: bakelly@duanemorris.com

Kyle Silk-Eglit, WSBA No. 43177
Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: (415) 957-3213
Facsimile: (206) 299-9593
Email: ksilkeglit@duanemorris.com

Attorneys for Defendants
Certain Underwriters at Lloyd's London and Certain London Market Companies, North River Insurance Company, and Berkshire Hathaway Specialty Insurance Company fka Stonewall Insurance Company

STIPULATION AND
ORDER OF DISMISSAL – Page 2
Case No. 2:14-cv-01957
DM1\9833175.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

By: */s/ John Bjorkman*
    John Bjorkman, WSBA #13426
    K&L Gates LLP
    925 Fourth Avenue, Suite 2900
    Seattle, Washington 98104
    Phone: (206) 623-7580
    Fax: (206) 623-7022
    Email: john.bjorkman@klgates.com

    Michael J. Lynch (admitted *pro hac vice*)
    Paul E. Del Vecchio (admitted *pro hac vice*)
    Douglas J. Simmons (admitted *pro hac vice*)
    K&L Gates LLP
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: michael.lynch@klgates.com
           paul.delvecchio@klgates.com
           doug.simmons@klgates.com

    Attorneys for Plaintiff King County

STIPULATION AND ORDER OF DISMISSAL – Page 3
Case No. 2:14-cv-01957
DM1\9833175.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001

1 **ORDER**

2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and following
3 the Court's Order Granting Certain Underwriters at Lloyd's London and Certain
4 London Market Companies, North River Insurance Company, and Berkshire
5 Hathaway Specialty Insurance Company's (fka Stonewall Insurance Company)
6 Motion Approving Settlement and Barring Claims (Dkt. 807), King County's claims
7 against North River Insurance Company ("North River") with respect to North
8 River's alleged insurance policies listed in Attachment C of King County's Fourth
9 Amended Complaint in the above-captioned matter are dismissed with prejudice and
10 without an award of fees or costs to either party.

11  This Order does not affect the remaining claims of King County in its Fourth
12 Amended Complaint against any other defendant.

13  Dated this 6th day of August, 2019.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND
ORDER OF DISMISSAL – Page 4
Case No. 2:14-cv-01957
DM1\9833175.1

Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone: +1 206 467 1065
Fax: +1 415 957 3001