The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY; et al.,<br><br>Defendants. | No. 2:14-cv-01957-BJR<br><br>**ORDER GRANTING UNITED STATES AIRCRAFT INSURANCE GROUP'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS** |

This matter comes before the Court on the motion of Defendant United States Aircraft Insurance Group, including its relevant current and past member companies, in their capacity as such, that are defendants in this action (collectively, "USAIG") for an Order Approving Settlement and Barring Contribution Claims. The Court has considered the Motion and all pleadings and filings on record.

The Court GRANTS USAIG's Motion for Order Approving Settlement and Barring Contribution Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between Plaintiff King County and USAIG with regard to King County's claims for coverage under USAIG's policies. The Court further FINDS and ORDERS:

ORDER GRANTING UNITED STATES
AIRCRAFT INSURANCE GROUP'S MOTION
FOR ORDER APPROVING SETTLEMENT
AND BARRING CONTRIBUTION CLAIMS
(Case No. 2:14-cv-01957-BJR) – Page 1



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1. The Settlement Agreement is reasonable and is the result of arm's-length negotiations between parties represented by counsel. The Settlement Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. Any non-settling insurers are adequately protected based on the terms of the Settlement Agreement and King County's representations related to potential setoff for the settlements in this case. *See King County v. Travelers Indem. Co.*, 2018 U.S. Dist. LEXIS 64763, at *14 (W.D. Wash. April 16, 2018).

3. The Court ORDERS that the cross-claims and counterclaims by and against USAIG under USAIG's policies in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against USAIG under USAIG's policies by any other insurers of King County are hereby BARRED.

4. The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.
DATED: September 5, 2019.



Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**SANDERS & PARKS, P.C.**

By: *s/ Edward R. Glady, Jr.*
Edward R. Glady, Jr., *Admitted Pro Hac Vice*
J. Steven Sparks, Admitted *Pro Hac Vice*
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Phone: 602-532-5646

ORDER GRANTING UNITED STATES
AIRCRAFT INSURANCE GROUP'S MOTION
FOR ORDER APPROVING SETTLEMENT
AND BARRING CONTRIBUTION CLAIMS
(Case No. 2:14-cv-01957-BJR) – Page 2

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| | |
|---|---|
| 1 | Fax: 602-230-5046 |
| 2 | Email: Edward.Glady@SandersParks.com<br>Email: Steve.Sparks@SandersParks.com |
| 3 | |
| 4 | **WILSON SMITH COCHRAN DICKERSON** |
| 5 | By: *s/ Scott M. Stickney*<br>Scott M. Stickney, WSBA No. 14540 |
| 6 | 901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164 |
| 7 | Phone: (206) 623-4100<br>Fax: (206) 623-9273 |
| 8 | Email: stickney@wscd.com |
| 9 | Attorneys for Defendant<br>United States Aircraft Insurance Group |


1  Fax: 602-230-5046
2  Email: Edward.Glady@SandersParks.com
   Email: Steve.Sparks@SandersParks.com
3
4  **WILSON SMITH COCHRAN DICKERSON**
   By: *s/ Scott M. Stickney*
5  Scott M. Stickney, WSBA No. 14540
   901 Fifth Avenue, Suite 1700
6  Seattle, WA  98164
   Phone: (206) 623-4100
7  Fax: (206) 623-9273
   Email: stickney@wscd.com
8
9  Attorneys for Defendant
   United States Aircraft Insurance Group
10


ORDER GRANTING UNITED STATES
AIRCRAFT INSURANCE GROUP'S MOTION
FOR ORDER APPROVING SETTLEMENT
AND BARRING CONTRIBUTION CLAIMS
(Case No. 2:14-cv-01957-BJR) – Page 3

WILSON SMITH COCHRAN DICKERSON
901 F<small>IFTH</small> A<small>VENUE</small>, S<small>UITE</small> 1700
S<small>EATTLE</small>, W<small>ASHINGTON</small>  98164
T<small>ELEPHONE</small>: (206) 623-4100
F<small>AX</small>: (206) 623-9273