**THE HONORABLE BARBARA J. ROTHSTEIN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>            Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, *et at*.,<br><br>            Defendants. | NO. 2:14-cv-1957-BJR<br><br>ORDER GRANTING DEFENDANT AFFILIATED FM INSURANCE COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS<br><br>**Note on Motion Calendar:**<br>**August 9, 2019** |

This matter comes before the Court on Defendant Affiliated FM Insurance Company's Motion for Order Approving Settlement and Barring Claims. The Court has considered the motion and all pleadings on record.

The Court GRANTS Affiliated FM Insurance Company's Motion for Order Approving Settlement and Barring Claims and APPROVES the Confidential Settlement Agreement between Affiliated FM Insurance Company and King County with regards to King County's environmental claims concerning the Lower Duwamish Waterway

ORDER GRANTING DEFENDANT
AFFILIATED FM INSURANCE COMPANY'S MOTION
FOR ORDER APPROVING SETTLEMENT AND
BARRING CLAIMS – 1

10105. 700 sg250803

**BRACEPOINT LAW, P.S.**
2775 Harbor Avenue SW, Suite D
SEATTLE, WA 98126-2138
FAX (206) 770-6548
TEL (206) 212-0032

Superfund Site, the East Waterway of the Harbor Island Superfund Site, natural resource damage claims arising out of the referenced or other nearby sites, and related claims at issue in this action. The Court further FINDS and ORDERS:

1. The Settlement Agreement executed between Affiliated FM Insurance Company and King County is reasonable; was the result of arm's-length negotiations between parties represented by experienced counsel; and is not collusive, inadequate, or entered into for any improper purpose;

2. The non-Affiliated FM insurers are adequately protected based on the terms of the Settlement Agreement, and King County's representations relating to potential setoff for settlements in this case;

3. The Court ORDERS that the cross-claims and counterclaims against Affiliated FM Insurance Company in this action are DISMISSED WITH PREJUDICE. The Court further ORDERS that any other claims for contribution, allocation, subrogation, equitable indemnity, or any other cause of action in connection with this action against Affiliated FM Insurance Company by any other insurer alleged to provide insurance to King County are hereby BARRED.

IT IS SO ORDERED.

Dated this 5th day of September, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING DEFENDANT
AFFILIATED FM INSURANCE COMPANY'S MOTION
FOR ORDER APPROVING SETTLEMENT AND
BARRING CLAIMS – 2

BRACEPOINT LAW, P.S.
2775 Harbor Avenue SW, Suite D
SEATTLE, WA 98126-2138
FAX (206) 770-6548
TEL (206) 212-0032

10105. 700 sg250805