**The Honorable Barbara J. Rothstein**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY CO., et al.,<br><br>Defendants. | Case No. 2:14-cv-01957-BJR<br><br>ORDER GRANTING DEFENDANT ZURICH AMERICAN INSURANCE CO.'S MOTION FOR (1) ORDER BARRING CONTRIBUTION CLAIMS, AND (2) DISMISSAL OF CLAIMS<br><br>NOTE ON MOTION CALENDAR: AUGUST 7, 2019 |

Pending before the Court is defendant Zurich American Insurance Co.'s (Zurich) Motion for (1) Barring Contribution Claims and (2) Dismissal of Claims. In connection with this Motion, the Court reviewed and considered the following:

1. Zurich's Motion for (1) Order Barring Contribution Claims and (2) Dismissal of Claims;

2. Declaration of Peter J. Mintzer (with Exhibits); and

3. Responses,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

ORDER GRANTING MOT. (1) BARRING CONTRIBUTION CLAIMS, AND (2) DISMISSAL OF CLAIMS
Case No.: 2:14-cv-01957-BJR -1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

43943.1 465.40480

(1) The Court finds the Settlement Agreement between Zurich and King County to be reasonable, adequately protects any non-settling insurers and was the result of arm's-length negotiations between parties represented by counsel and hereby GRANTS Zurich's Motion for (1) Order Barring Contribution Claims and (2) Dismissal of Claims.

(2) All Claims, cross-claims, and counterclaims, by and against Zurich in this action are DISMISSED with PREJUDICE. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity and any other cause of action in connection with this action against Zurich by any other insurers of King County are hereby BARRED.

(3) The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 5th day of September, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
SELMAN BREITMAN LLP

ORDER GRANTING MOT. (1) BARRING
CONTRIBUTION CLAIMS, AND (2) DISMISSAL OF
CLAIMS
Case No.: 2:14-cv-01957-BJR - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

43943.1 465.40480

By: /s/ *Peter J. Mintzer*
Peter J. Mintzer, WSBA# 19995
pmintzer@selmanlaw.com
Justin S. Landreth, WSBA# 44849
jlandreth@selmanlaw.com
Daniel C. Heath, WSBA # 49051
dheath@selmanlaw.com
600 University Street, Suite 1800
Seattle, WA 98101
Telephone: 206.447.6461
Facsimile: 206.588.4185

Attorneys for Zurich American Insurance Co.

ORDER GRANTING MOT. (1) BARRING CONTRIBUTION CLAIMS, AND (2) DISMISSAL OF CLAIMS
Case No.: 2:14-cv-01957-BJR - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

43943.1 465.40480