THE HON. BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY; et. al.,<br><br>Defendants. | No. 2:14-cv-01957-BJR<br><br>**ORDER GRANTING WESTPORT INSURANCE CORPORATION'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS BY NON-SETTLING INSURERS** |

THIS MATTER having come on for consideration before The Honorable Barbara Jacobs Rothstein on Westport Insurance Corporation's ("Westport") Motion For Order Approving Settlement And Barring Claims By Non-Settling Insurers, and the Court having considered:

1. Westport's Motion For Order Approving Settlement And Barring Claims By Non-Settling Insurers;

2. Declarations of Robin Craig and Ken Battis in support thereof;

3. Responses,

The Court GRANTS Westport's Motion for Order Approving Settlement and Barring Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between Plaintiff King County and Defendant Westport. The Court further FINDS and ORDERS:

1. The Settlement Agreement between Westport and King County is reasonable, and was

ORDER (Cause No. 2:14-cv-01957-BJR) – 1

the result of arm's-length negotiations between parties represented by counsel. The Settlement Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. The non-settling insurers are adequately protected based on, among other things, the terms of the Settlement Agreement, the non-settling insurers' retention of their coverage defenses. And King County's representations related to potential setoff for settlements in this case. *See King County v. Travelers Indem. Co.*, 2018 WL 1792189, at *3 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that all Claims, cross-claims, and counterclaims, by and against Westport in this action are DISMISSED with PREJUDICE. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity and any other cause of action in connection with this action against Westport by any other insurers of King County are hereby BARRED.

4. The Court directs that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 5th day of September, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/ Sally E. Metteer*
Sally E. Metteer, WSBA No. 20869
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700

ORDER (Cause No. 2:14-cv-01957-BJR) – 2

Seattle, WA  98164
(206) 623-4100 telephone
(206) 623-9273 facsimile
metteer@wscd.com

*s/ Robin D. Craig*
Robin D. Craig
Craig & Winkelman LLP
2140 Shattuck Avenue, Suite 409
Berkeley, CA  94704
(510) 549-3310
rcraig@craig-winkelman.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant
Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation; and Westport Insurance Corporation, as successor-in-interest to Puritan Insurance Company, formerly known as The Manhattan Fire & Marine Insurance Company Westport Insurance Corporation*



WILSON SMITH COCHRAN DICKERSON

901 F IFTH A VENUE, S UITE 1700
S EATTLE, W ASHINGTON  98164
T ELEPHONE: (206) 623-4100
F AX: (206) 623-9273