THE HON. BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| KING COUNTY, a Washington municipal corporation, | No. 2:14-cv-01957-BJR |
|---|---|
| Plaintiff, | **ORDER GRANTING MUNICH REINSURANCE AMERICA, INC., FORMERLY KNOWN AS AMERICAN RE-INSURANCE COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS BY NON-SETTLING INSURERS** |
| vs. | |
| TRAVELERS INDEMNITY COMPANY; et. al., | |
| Defendants. | |

THIS MATTER having come on for consideration before The Honorable Barbara Jacobs Rothstein on Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company's ("Munich Re") Motion For Order Approving Settlement And Barring Claims By Non-Settling Insurers, and the Court having considered:

1. Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company's Motion For Order Approving Settlement And Barring Claims By Non-Settling Insurers;

2. Declaration Of Bruce H. Winkelman; and

3. Responses,

ORDER (Cause No. 2:14-cv-01957-BJR) – 1
SEM6772.001/3276437x

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) The Court finds the Settlement Agreement between Munich Re and King County to be reasonable, adequately protects any non-settling insurer and was the result of an arm's-length negotiation between the parties, who were represented by counsel and hereby GRANTS Munich Re's Motion for (1) an Order Barring Contribution Claims and (2) Dismisses Claims against Munich Re.

(2) All Claims, cross-claims, and counterclaims, by and against Munich Re in this action are DISMISSED with PREJUDICE. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity and any other cause of action in connection with this action against Munich Re by any other insurers of King County are hereby BARRED.

(3) The Court directs that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 6th day of September, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/ Sally E. Metteer*
Sally E. Metteer, WSBA No. 20869
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 telephone
(206) 623-9273 facsimile

ORDER (Cause No. 2:14-cv-01957-BJR) – 2
SEM6772.001/3276437x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

metteer@wscd.com

*s/ Bruce H. Winkelman*
Bruce H. Winkelman
Craig & Winkelman LLP
2140 Shattuck Avenue, Suite 409
Berkeley, CA 94704
(510) 549-3311
bwinkelman@craig-winkelman.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*
*Munich Reinsurance America, Inc., f/k/a American Re-Insurance Company*

ORDER (Cause No. 2:14-cv-01957-BJR) – 3
SEM6772.001/3276437x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273