**THE HONORABLE BARBARA J. ROTHSTEIN**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>               Plaintiff,<br><br>   v.<br><br>THE TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>               Defendants. | No. 2:14-cv-01957-BJR<br><br>**ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS**<br><br>**NOTED FOR HEARING:<br>August 1, 2019** |

This matter comes before the Court on Defendant, Old Republic Insurance Company's ("Old Republic"), Motion for Order Approving Settlement and Barring Claims. The Court has considered the motion and all pleadings and filings on record.

The Court GRANTS Old Republic's Motion for Order Approving Settlement and Barring Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between Old Republic and Plaintiff King County with regard to King

ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS - 1 of 2
(No. 2:14-cv-01957-MJP)
[4831-0128-1179]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

County's environmental claims concerning the Lower Duwamish Waterway in the Seattle, Washington area. The Court further FINDS and ORDERS:

1. The Settlement Agreement is reasonable; was the result of arm's-length negotiations between parties represented by counsel; and is not collusive, inadequate, or entered into for any improper purpose.

2. The non-settling insurers are adequately protected based on the terms of the Settlement Agreement, and King County's representations relating to potential setoff for settlements in this case. *See, e.g.*, *King Cty. v. Travelers Indem. Co.*, 2018 U.S. Dist. LEXIS 64763, at *17–18 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that the cross-claims and counterclaims, by and against Old Republic in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity, and any other cause of action in connection with this action against Old Republic by any other insurer alleged to provide insurance coverage to King County are hereby BARRED.

4. The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

Dated this 6th day of September, 2019.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS - 2 of 2
(No. 2:14-cv-01957-MJP)
[4831-0128-1179]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575