Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; *et al.*,<br><br>Defendants. | No.: 2:14-cv-01957 BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting Defendant Affiliated FM Insurance Company's Motion for Order Approving Settlement and Barring Claims (Dkt. 826), plaintiff, King County, and defendant, Affiliated FM Insurance Company ("Affiliated FM"), acting by and through their respective undersigned counsel of record, hereby stipulate that King County's claims against Affiliated FM, and Affiliated FM's defenses against King County, in the above-captioned matter, under Affiliated FM policy no. 71552, are dismissed with prejudice, and without an award of fees or costs to either party. The parties respectfully request this Court retain jurisdiction over this matter for the limited purpose of enforcement of the terms of the Settlement Agreement and Release and Arbitration Protocol between King County and Affiliated FM until the agreed arbitration is completed and the settlement payment is made. The King County and Affiliated FM fully expect that this process will be completed during the First Quarter of 2020.

STIPULATED MOTION AND
ORDER OF DISMISSAL WITH PREJUDICE - 1
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1     This stipulation does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

AGREED AND STIPULATED.

RESPECTFULLY SUBMITTED this 16th day of September, 2019.

By  */s/ John C. Bjorkman*
John C. Bjorkman, WSBA #13426
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: john.bjorkman@klgates.com

Michael J. Lynch (admitted *pro hac vice*)
Paul E. Del Vecchio (admitted *pro hac vice*)
Douglas J. Simmons (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: michael.lynch@klgates.com
Email: paul.delvecchio@klgates.com
Email: doug.simmons@klgates.com

*Attorneys for King County*

By  */s/ Michael P. Hooks*
Michael P. Hooks
Bracepoint Law, P.S.
2775 Harbor Avenue SW, Suite D
Seattle, WA 98126
Tel: 206-212-0032

Scott M. Seaman
John E. DeLascio
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Email: sseaman@hinshawlaw.com
Email: jdelascio@hinshawlaw.com

*Attorneys for Affiliated FM Insurance Company*

STIPULATED MOTION AND
ORDER OF DISMISSAL WITH PREJUDICE - 2
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**ORDER**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting Defendant Affiliated FM Insurance Company's Motion for Order Approving Settlement and Barring Claims (Dkt. 826), King County's claims against Affiliated FM, and Affiliated FM's defenses against King County, in the above-captioned matter, under Affiliated FM policy no. 71552, are dismissed with prejudice, and without an award of fees or costs to either party.

This Order does not extinguish this Court's jurisdiction over this matter for purposes of enforcement of the terms of the confidential Settlement Agreement and Release and Arbitration Protocol between King County and Affiliated FM.

This Order does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant.

DATED this 17th day of September, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND
ORDER OF DISMISSAL WITH PREJUDICE - 3
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022