THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>        Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>        Defendants. | Case No. 2:14-cv-01957-BJR<br><br>**ORDER GRANTING NATIONAL SURETY CORPORATION'S MOTION FOR (1) ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS; AND (2) DISMISSAL OF CONTRIBUTION CLAIMS**<br><br>**Note on Motion Calendar: Friday, September 6, 2019** |

THIS MATTER having come on for consideration before The Honorable Barbara Jacobs Rothstein on National Surety Corporation's ("National Surety") Motion For Order (1) Approving Settlement and Barring Contribution Claims; and (2) Dismissal of Contribution Claims, and the Court having considered:

    1.    National Surety's Motion For Order (1) Approving Settlement and Barring Contribution Claims; and (2) Dismissal of Contribution Claims;

    2.    Declaration of Jodi A. McDougall; and

ORDER GRANTING NATIONAL SURETY'S MOTION FOR (1) ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS; AND (2) DISMISSAL OF CONTRIBUTION CLAIMS - 1

LEGAL\42389524\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

3. NOTICE of Joinder,

The Court GRANTS National Surety's Motion For Order (1) Approving Settlement And Barring Contribution Claims; And (2) Dismissal Of Contribution Claims and APPROVES the Confidential Settlement Agreement and Release ("Settlement Agreement") between Plaintiff King County and Defendant National Surety. The Court further FINDS and ORDERS:

1. The Settlement Agreement between King County and National Surety is reasonable, and was the result of arm's-length negotiations between parties represented by counsel. The Settlement Agreement is not collusive, inadequate, or entered into for any other improper purpose.

2. The non-settling insurers are adequately protected based on, among other things, the terms of the Settlement Agreement, the non-settling insurers' retention of their coverage defenses, and King County's representations related to potential setoff for settlement in this case. *See King County v. Travelers Indem. Co.*, 2018 WL 1792189, at *3 (W.D. Wash. Apr. 16, 2018).

3. The Court ORDERS that all insurer cross-claims against National Surety in this action are DISMISSED with PREJUDICE. The Court further ORDERS that any other claims for contribution, allocation, subrogation, and equitable indemnity and any other cause of action in connection with this action against National Surety by any other insurers of King County are hereby BARRED.

///

///

ORDER GRANTING NATIONAL SURETY'S MOTION FOR (1) ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS; AND (2) DISMISSAL OF CONTRIBUTION CLAIMS - 2

LEGAL\42389524\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

4. The Court directs that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 7th day of October, 2019.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

 */s/ Jodi A. McDougall*
Jodi A. McDougall, WSBA No. 22060
Nadia Bugaighis, WSBA No. 45492
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
Email: jmcdougall@cozen.com
          nbugaighis@cozen.com

Attorneys for Defendant National Surety Corporation

ORDER GRANTING NATIONAL SURETY'S MOTION FOR (1) ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS; AND (2) DISMISSAL OF CONTRIBUTION CLAIMS - 3
LEGAL\42389524\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000