|   |   |
|---|---|
|   | Honorable Barbara J. Rothstein |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>TRAVELERS INDEMNITY COMPANY; *et al.*,<br><br>                      Defendants. | No.: 2:14-cv-01957 BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting National Surety Corporation's Motion for (1) Order Approving Settlement and Barring Contribution Claims; and (2) Dismissal of Contribution Claims (Dkt. 839), plaintiff, King County, and defendant, National Surety Corporation ("National Surety"), acting by and through their respective undersigned counsel of record, hereby stipulate that all claims by and between King County and National Surety in the above-captioned matter are dismissed with prejudice, and without an award of fees, costs, or expenses to either party.

This stipulation does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant or under any other policies at issue.

AGREED AND STIPULATED.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
NO.: 2:14-CV-01957-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

RESPECTFULLY SUBMITTED this 4th day of November, 2019.

By */s/ John C. Bjorkman*
John C. Bjorkman, WSBA #13426
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: john.bjorkman@klgates.com

Michael J. Lynch (admitted *pro hac vice*)
Paul E. Del Vecchio (admitted *pro hac vice*)
Douglas J. Simmons (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
Email: michael.lynch@klgates.com
Email: paul.delvecchio@klgates.com
Email: doug.simmons@klgates.com

*Attorneys for King County*

By */s/ Jodi A. McDougall*
Jodi A. McDougall WSBA #22060
Nadia Bugaighis, WSBA #45492
Cozen O' Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: (206) 340-1000
Fax: (206) 621-8783
Email: jmcdougall@cozen.com
Email: nbugaighis@cozen.com

*Attorneys for National Surety Corporation*

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
NO.: 2:14-CV-01957-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# ORDER

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting National Surety Corporation's Motion for (1) Order Approving Settlement and Barring Contribution Claims; and (2) Dismissal of Contribution Claims (Dkt. 839), all claims by and between King County and National Surety in the above-captioned matter are dismissed with prejudice, and without an award of fees, costs, or expenses to either party.

This Order does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant or under any other policies at issue.

DATED this 4th day of November, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3
NO.: 2:14-CV-01957-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022