Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY; *et al.*,<br><br>Defendants. | No.: 2:14-cv-01957 BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Note on Motion Calendar: December 13, 2019 |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting Hartford's Sealed Motion for Order Approving Settlement, Barring Claims, and Dismissing Cross-Claims Against Hartford (Dkt. 855), plaintiff, King County, and defendants, First State Insurance Company, Hartford Accident and Indemnity Company, New England Insurance Company, New England Reinsurance Corporation, and Twin City Fire Insurance Company (collectively "Hartford"), acting by and through their respective undersigned counsel of record, hereby stipulate that all claims and defenses by and between King County and Hartford in the above-captioned matter are dismissed with prejudice, and without an award of fees, costs, or expenses to either party.

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1 | This stipulation does not affect the remaining claims of King County in its Fourth
2 | Amended Complaint against any other defendant or under any other defendant's policies at
3 | issue.

AGREED AND STIPULATED.

RESPECTFULLY SUBMITTED this 13th day of December, 2019.

By  */s/ John C. Bjorkman*
John C. Bjorkman, WSBA #13426
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: john.bjorkman@klgates.com

Michael J. Lynch (admitted *pro hac vice*)
Paul E. Del Vecchio (admitted *pro hac vice*)
Douglas J. Simmons (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
Email: michael.lynch@klgates.com
Email: paul.delvecchio@klgates.com
Email: doug.simmons@klgates.com

*Attorneys for King County*

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| 1 | By */s/ Curt H. Feig*<br>Curt H. Feig, WSBA # 19890 |
| 2 | Nicoll Black & Feig PLLC |
| 3 | 1325 Fourth Avenue, Suite 1650<br>Seattle, Washington 98101 |
| 4 | Phone: 206.838.7543 Direct<br>Facsimile: 206.838.7515 |
| 5 | Email: cfeig@nicollblack.com |

Wayne S. Karbal
Paul T. Parker
Jocelyn Cornbleet
Joseph J. Sarmiento
Karbal, Cohen, Economou, Silk, Dunne LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
wkarbal@karballaw.com
pparker@karballaw.com
jcornbleet@karballaw.com
jsarmiento@karballaw.com

*Attorneys for Hartford Accident and Indemnity Company; New England Re-Insurance Corporation; Twin City Fire Insurance Company; First State Insurance Company; New England Insurance Company*

---

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**ORDER**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and following the Court's Order Granting Hartford's Sealed Motion for Order Approving Settlement, Barring Claims, and Dismissing Cross-Claims Against Hartford (Dkt. 855), all claims and defenses by and between plaintiff King County and defendants First State Insurance Company, Hartford Accident and Indemnity Company, New England Insurance Company, New England Reinsurance Corporation, and Twin City Fire Insurance Company in the above-captioned matter are dismissed with prejudice, and without an award of fees, costs, or expenses to either party.

This Order does not affect the remaining claims of King County in its Fourth Amended Complaint against any other defendant or under any other defendant's policies at issue.

DATED this 18th day of December, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4
NO.: 2:14-CV-01957

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022