The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRAVELERS INDEMNITY CO., et al.,<br><br>　　　　　　Defendants. | No. 2:14-cv-01957 BJR<br><br>ORDER GRANTING PLAINTIFF KING COUNTY'S MOTION FOR ENTRY OF FINAL JUDGMENT AND FINAL JUDGMENT |

**ORDER AND FINAL JUDGMENT**

This matter came before the undersigned Judge of the above entitled Court upon the Motion of Plaintiff King County for Entry of Final Judgment ("Plaintiff's Motion"); and

The Court having considered the following:

1)　Plaintiff's Motion;

2)　Response filed by Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA (collectively, the "AIG Companies"); and

3)　Plaintiff's Reply in Support of Motion;

NOW, THEREFORE, it is hereby ORDERED:

1. Plaintiff King County's Motion for Entry of Final Judgment is GRANTED; and

ORDER AND
FINAL JUDGMENT- 1
Case No. 2:14-cv-01957-BJR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. On the basis of the Court's Order dated June 11, 2018 (Dkt. # 681) granting summary judgment in favor of the AIG Companies and against King County, dismissing King County's claims against the AIG Companies, the Court GRANTS and ENTERS final judgment in favor of the AIG Companies and against King County.

3. All other claims at issue in this action were previously dismissed as reflected on the docket for this action.

4. This Order shall constitute entry of final judgment in this action.

DONE IN COURT this 15th day of May, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

K&L GATES LLP

By *s/ John Bjorkman*
   John Bjorkman, WSBA # 13426
   John.Bjorkman@klgates.com

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
T: 206-623-7580
F: 206-623-7022
Attorneys for King County

Michael J. Lynch (*admitted pro hac vice*)
Paul E. Del Vecchio (*admitted pro hac vice*)
Douglas J. Simmons (*admitted pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
T: 412-355-6500
F: 412-355-6501

*Attorneys for King County*

ORDER AND
FINAL JUDGMENT- 2
Case No. 2:14-cv-01957-BJR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022